UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER SITE LITIGATION | 21 MC 100 (AKH)

THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER LITIGATION

## RETURN OF SERVICE

Service of the Summons and Complaints[1] was made by me[2]

DATE: 11/21/06

NAME OF SERVER (PRINT): Adonias Smith

TITLE:

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

Eugen Massamillo, Esq.
Kaplan, von Ohlen & Massamillo, LLC
90 Park Avenue, 18th Floor
New York, NY 10016-

For the following Defendant(s):

HALLEN WELDING SERVICE, INC.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/21/06
Date

Signature of Server: Adonias Smith

115 BROADWAY NY NY 10006
Address of Server

---

[1] See attached rider
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Betsy Barranco
BETSY BARRANCO
Notary Public, State of New York
No. 01BA6043158
Qualified in Richmond County
Commission Expires June 12, 20__



# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 11173 | Steven Adelhelm (and Wife, Christine Adelhelm) | 06cv10240 | 10/17/2006 |
| 11795 | Jason Andreula | 06cv10241 | 10/17/2006 |
| 11777 | Carolyn Antoine (and Husband, David Antoine) | 06cv10541 | 10/17/2006 |
| 8770 | Luis Atiles | 06cv10242 | 10/17/2006 |
| 12043 | Daniel C Austin (and Wife, Elena Austin) | 06cv10542 | 10/17/2006 |
| 9524 | William Bach (and Wife, Stacy J Bach) | 06cv10243 | 10/17/2006 |
| 5933 | Jetta Bailey | 06cv10244 | 10/17/2006 |
| 7499 | Salvatore Baratto | 06cv10245 | 10/17/2006 |
| 10231 | Carlon Barrett | 06cv10246 | 10/17/2006 |
| 12147 | Michael Barrett | 06cv10543 | 10/17/2006 |
| 11311 | John Basil | 06cv10247 | 10/17/2006 |
| 1747 | Carlos Beauchamp | 06cv10248 | 10/17/2006 |
| 11281 | Joseph Bellomo (and Wife, Tamara Bellono) | 06cv10249 | 10/17/2006 |
| 11346 | Christopher Bergmann (and Wife, Diane Bergmann) | 06cv10250 | 10/17/2006 |
| 7917 | Kenneth Bertosen (and Wife, Elaine M Bertosen) | 06cv10544 | 10/17/2006 |
| 1400 | Andre Blackwood (and Wife, Karen Blackwood) | 06cv10251 | 10/17/2006 |
| 10990 | Andrew Blethen | 06cv10252 | 10/17/2006 |
| 11383 | Anthony Bonanno (and Wife, Stephanie Bonanno) | 06cv10253 | 10/17/2006 |
| 3941 | Felix Bonilla | 06cv10254 | 10/17/2006 |
| 9159 | Angela Bordies | 06cv10255 | 10/17/2006 |
| 10642 | Steven Bourekas (and Wife, Lisa Bourekas) | 06cv10256 | 10/17/2006 |
| 4889 | Michael E Bowry (and Wife, Wavny Bowry) | 06cv10257 | 10/17/2006 |
| 11221 | Melba Boyles (and Husband, Michael Finlator) | 06cv10258 | 10/17/2006 |
| 3569 | Timothy Brennan (and Wife, Bettyann Brennan) | 06cv10259 | 10/17/2006 |
| 9637 | Thomas Brick | 06cv10260 | 10/17/2006 |
| 11076 | Tonya Brooks | 06cv10545 | 10/17/2006 |
| 11910 | Richard Browne (and Wife, Margaret Browne) | 06cv10261 | 10/17/2006 |
| 3684 | William Buckley (and Wife, Lynne Buckley) | 06cv10262 | 10/17/2006 |
| 6728 | John Burgess (and Wife, Carol Burgess) | 06cv10263 | 10/17/2006 |
| 4032 | Charles Buser (and Husband, Donna Buser) | 06cv10264 | 10/17/2006 |
| 10243 | Martin Butler | 06cv10265 | 10/17/2006 |
| 10003 | Nicholas Cafiero | 06cv10266 | 10/17/2006 |
| 2290 | Richard Calderon (and Wife, Nitza Calderon) | 06cv10267 | 10/17/2006 |
| 11614 | Frank Campbell (and Wife, Anna M Campbell) | 06cv10565 | 10/17/2006 |
| 10798 | James Carey (and Wife, Kathleen Carey) | 06cv10546 | 10/17/2006 |
| 2299 | Owen T. Carlock (and Wife, Shirley Carlock) | 06cv10268 | 10/17/2006 |
| 2900 | Paul Carpenito | 06cv10269 | 10/17/2006 |
| 6052 | Robert Carrington (and Wife, Maloma Carrington) | 06cv10270 | 10/17/2006 |



# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 11011 | Melvin Carter | 06cv10547 | 10/17/2006 |
| 12422 | Fred G. Cassel | 06cv10548 | 10/17/2006 |
| 12051 | Louis Castellvccio (and Wife, Randi Castellvccio) | 06cv10271 | 10/17/2006 |
| 7545 | Emil Castro | 06cv10272 | 10/17/2006 |
| 11976 | Juan Checo (and Wife, Maribel Grullon) | 06cv10273 | 10/17/2006 |
| 1097 | Philip Ciambriello (and Wife, Toni-Ann Ciambriello) | 06cv10274 | 10/17/2006 |
| 12299 | Bobby Citko | 06cv10275 | 10/17/2006 |
| 11839 | Robert Clark (and Wife, Robyn Clark) | 06cv10276 | 10/17/2006 |
| 11123 | Thomas F Coll (and Wife, Erika A Coll) | 06cv10549 | 10/17/2006 |
| 10967 | Daniel Collins (and Wife, Barbara Collins) | 06cv10277 | 10/17/2006 |
| 2942 | William Cooks (and Wife, Darlene G Cooks) | 06cv10278 | 10/17/2006 |
| 11265 | David Cortes | 06cv10279 | 10/17/2006 |
| 2469 | Michael Cosenza (and Wife, Maria Cosenza) | 06cv10280 | 10/17/2006 |
| 1387 | Francisco Culma (and Wife, Wartha Culma) | 06cv10281 | 10/17/2006 |
| 11291 | Kathleen Curnyn | 06cv10282 | 10/17/2006 |
| 2733 | John D'Ambrosio (and Wife, Pamela D'Ambrosio) | 06cv10283 | 10/17/2006 |
| 3567 | Michael Damico (and Wife, Melissa Damico) | 06cv10284 | 10/17/2006 |
| 11812 | Gaspar Danese (and Wife, Paula Danese) | 06cv10285 | 10/17/2006 |
| 10982 | Elvis Delgado | 06cv10286 | 10/17/2006 |
| 7379 | Luis DeLleguas | 06cv10550 | 10/17/2006 |
| 6287 | Thomas Dennard Jr (and Wife, Carol Dennard) | 06cv10287 | 10/17/2006 |
| 11214 | Nicholas Dibono | 06cv10551 | 10/17/2006 |
| 11016 | Douglas DiGeorgio | 06cv10288 | 10/17/2006 |
| 7816 | Traceye K Dillion | 06cv10289 | 10/17/2006 |
| 6380 | Alexander Dmitriev (and Wife, Larisa Dmitriev) | 06cv10290 | 10/17/2006 |
| 1340 | Edward Donnelly (and Wife, Linda Donnelly) | 06cv10291 | 10/17/2006 |
| 6173 | Derek L Donovan | 06cv10292 | 10/17/2006 |
| 12117 | Thomas Donovan | 06cv10293 | 10/17/2006 |
| 3942 | Joseph Dopico (and Wife, Mary E Dopico) | 06cv10294 | 10/17/2006 |
| 4823 | Carver Dottin (and Husband, Althea Dottin) | 06cv10295 | 10/17/2006 |
| 11731 | Jill Doyle | 06cv10552 | 10/17/2006 |
| 11866 | Robert Driscoll (and Wife, Katherine Driscoll) | 06cv10296 | 10/17/2006 |
| 11306 | Gene Dubelbeiss (and Wife, Dianne Dubelbeiss) | 06cv10566 | 10/17/2006 |
| 7204 | Dennis Duffy (and Wife, Irene Duffy) | 06cv10297 | 10/17/2006 |
| 2660 | Keith Duval (and Wife, Christine Duval) | 06cv10553 | 10/17/2006 |
| 11285 | Robert Echeverria (and Wife, Sheila Echeverria) | 06cv10298 | 10/17/2006 |
| 11344 | Michael Edwards (and Wife, Debbie Edwards) | 06cv10554 | 10/17/2006 |
| 2209 | Michael Edwards (and Wife, Susan Edwards) | 06cv10299 | 10/17/2006 |



# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 12175 | Gregory Engel (and Wife, Lisa R Engel) | 06cv10300 | 10/17/2006 |
| 6470 | Dennis Esposito (and Wife, Melissa Esposito) | 06cv10301 | 10/17/2006 |
| 2349 | Hugo Esquivel (and Wife, Maritza Esquivel) | 06cv10302 | 10/17/2006 |
| 11516 | Antony Fabbri (and Wife, Susan Fabbri) | 06cv10303 | 10/17/2006 |
| 6783 | Thomas Farino (and Wife, Carissa Farino) | 06cv10304 | 10/17/2006 |
| 1759 | Efrain Fermaint (and Wife, Francine Fermaint) | 06cv10305 | 10/17/2006 |
| 9835 | Celestino Fernandez (and Wife, Cynthia Fernandez) | 06cv10306 | 10/17/2006 |
| 11508 | Nicholas Ferrandino (and Wife, Alessandra Conti) | 06cv10555 | 10/17/2006 |
| 11664 | James Ferraro (and Wife, Darcus M Ferraro) | 06cv10307 | 10/17/2006 |
| 12173 | Vincent Finnegan | 06cv10556 | 10/17/2006 |
| 12483 | Mark Finocchiaro (and Wife, Diane ) | 06cv10308 | 10/17/2006 |
| 11342 | John FitzPatrick (and Wife, Eileen Fitzpatrick) | 06cv10309 | 10/17/2006 |
| 7197 | Richard Flaherty (and Wife, Laura Flaherty) | 06cv10310 | 10/17/2006 |
| 1684 | Ezekiel Forbes (and Wife, Dulcie Forbes) | 06cv10311 | 10/17/2006 |
| 2675 | Jeffrey Ford (and Wife, krista Ford) | 06cv10557 | 10/17/2006 |
| 10655 | Pedro Foruria (and Wife, Rosemarie Foruria) | 06cv10312 | 10/17/2006 |
| 11846 | Daniel Francis (and Wife, Vincenza ) | 06cv10313 | 10/17/2006 |
| 10273 | Anthony Fresca (and Wife, Regina Fresca) | 06cv10314 | 10/17/2006 |
| 12523 | David Funk | 06cv10315 | 10/17/2006 |
| 8319 | Frank Gaetano (and Wife, Kathleen Gaetano) | 06cv10316 | 10/17/2006 |
| 2058 | Eugene Gallo (and Wife, Karen J Gallo) | 06cv10558 | 10/17/2006 |
| 1686 | Jerome Galvez | 06cv10317 | 10/17/2006 |
| 2662 | Peter Garabedian | 06cv10318 | 10/17/2006 |
| 8564 | William Gavin (and Wife, Margariet Gavin) | 06cv10319 | 10/17/2006 |
| 7436 | Roosevelt Gee | 06CV10320 | 10/17/2006 |
| 12339 | Richard Geib | 06CV10321 | 10/17/2006 |
| 2158 | John Gervasi | 06CV10322 | 10/17/2006 |
| 8675 | Judy Ghany-Barounis (and Husband, Stephen Barounis) | 06CV10323 | 10/17/2006 |
| 12398 | James Giaguzzi (and Wife, Hilary Giaguzzi) | 06CV10324 | 10/17/2006 |
| 2222 | Anthony Giannettino (and Wife, Maureen Giannettino) | 06CV10325 | 10/17/2006 |
| 12462 | Steven Godfrey (and Wife, Rufina Godfrey) | 06CV10326 | 10/17/2006 |
| 2912 | Anthony Golematis (and Wife, Joyce Golematis) | 06CV10327 | 10/17/2006 |
| 11598 | Moises Gomez (and Wife, Wendi Gomez) | 06cv10559 | 10/17/2006 |
| 10252 | Michael Goodman | 06CV10328 | 10/17/2006 |
| 10255 | Aubrey Goodwill (and Wife, Morelda Goodwill) | 06CV10329 | 10/17/2006 |
| 934 | Gary Gorman (and Wife, Anne Gorman) | 06CV10330 | 10/17/2006 |
| 1584 | Thomas Grant (and Wife, Rochelle Grant) | 06CV10331 | 10/17/2006 |
| 6886 | Michael Grazette (and Wife, Elvina Slater-Grazette) | 06CV10332 | 10/17/2006 |



# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 7835 | Deborah Greco | 06CV10333 | 10/17/2006 |
| 1325 | William F. Griffin (and Wife, Sheila Griffin) | 06CV10334 | 10/17/2006 |
| 2623 | Gladstone Griffith III (and Wife, Linda D Griffith) | 06CV10335 | 10/17/2006 |
| 7380 | John Grisanti (and Wife, Donna Grisanti) | 06CV10336 | 10/17/2006 |
| 9607 | Jimmie Guercio (and Wife, Stacey Guercio) | 06CV10337 | 10/17/2006 |
| 8984 | Michael Guthy | 06CV10338 | 10/17/2006 |
| 12007 | John Haas (and Wife, Tracy Haas) | 06cv10567 | 10/17/2006 |
| 4302 | Michael Hamill (and Wife, Joanne Hamill) | 06CV10339 | 10/17/2006 |
| 11077 | Steven Hanly | 06CV10340 | 10/17/2006 |
| 8642 | Thomas Hannan (and Wife, Margaret Hannan) | 06CV10341 | 10/17/2006 |
| 2232 | William Hare | 06CV10342 | 10/17/2006 |
| 12082 | Caroline Harrigan | 06CV10343 | 10/17/2006 |
| 12467 | Edward Hartrick (and Wife, Lourdes Villaneuveva) | 06CV10344 | 10/17/2006 |
| 5624 | Anthony A Haynes (and Wife, Saranthia Haynes) | 06CV10345 | 10/17/2006 |
| 7066 | William M Haynes (and Wife, Leah K Haynes) | 06CV10346 | 10/17/2006 |
| 3701 | Sean Henihan (and Wife, Irma G Henihan) | 06CV10347 | 10/17/2006 |
| 7462 | Antonio Hernandez (and Wife, Sharon Hernandez) | 06CV10348 | 10/17/2006 |
| 12119 | Joseph Higgins (and Wife, Jennifer Higgins) | 06CV10349 | 10/17/2006 |
| 2227 | Robert Hill (and Wife, Catherine W Hills) | 06CV10350 | 10/17/2006 |
| 2635 | Willie Hodges (and Wife, Elsie M Hodges) | 06CV10351 | 10/17/2006 |
| 10284 | Stanley Holman | 06CV10352 | 10/17/2006 |
| 8811 | Edward Hulser | 06CV10353 | 10/17/2006 |
| 11025 | Stephen Huslinger (and Wife, Ellen D Huslinger) | 06CV10354 | 10/17/2006 |
| 8123 | Carlton Hylton (and Wife, Petronia Hylton) | 06CV10355 | 10/17/2006 |
| 11840 | Richard Ignizio | 06CV10356 | 10/17/2006 |
| 12256 | Brian Ilund (and Wife, Carol Ilund) | 06CV10357 | 10/17/2006 |
| 8597 | Mary Ingargiola (and Husband, Thomas Ingargiola) | 06CV10358 | 10/17/2006 |
| 8525 | Peter Ivanac | 06CV10359 | 10/17/2006 |
| 12306 | Joseph Ivanicki (and Wife, Wendy Ivanicki) | 06CV10360 | 10/17/2006 |
| 3515 | George Jacobi (and Wife, Darlene Jacobi) | 06CV10361 | 10/17/2006 |
| 1699 | Alonzo James (and Wife, Constane James) | 06CV10362 | 10/17/2006 |
| 7701 | Guilaine James (and Husband, Leighton James) | 06CV10363 | 10/17/2006 |
| 11691 | Walter Janketic (and Wife, Kalliope Janketic) | 06CV10364 | 10/17/2006 |
| 11903 | Amber Jarvis | 06CV10365 | 10/17/2006 |
| 9624 | Robert Jata (and Wife, Lori Ann Jata) | 06CV10366 | 10/17/2006 |
| 13256 | Brendan Johnson (and Wife, Jane Johnson) | 06CV10367 | 10/17/2006 |
| 2249 | Gerard Johnson (and Wife, Catherine Johnson) | 06CV10368 | 10/17/2006 |
| 10257 | Val Kaganas (and Wife, Mira Kaganas) | 06CV10369 | 10/17/2006 |



# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 3579 | Michael Kalab (and Wife, Deborah Kalab) | 06CV10370 | 10/17/2006 |
| 11350 | Robert Keane (and Wife, Cathy Keane) | 06CV10371 | 10/17/2006 |
| 2394 | Kevin Kee (and Wife, Shirley Kee) | 06CV10372 | 10/17/2006 |
| 11353 | Raymond Keller (and Wife, Sharon Keller) | 06CV10373 | 10/17/2006 |
| 3683 | Donald Kennedy (and Wife, Suzanne Kennedy) | 06CV10374 | 10/17/2006 |
| 9528 | Thomas Kennedy (and Wife, Barbara Kennedy) | 06CV10375 | 10/17/2006 |
| 10888 | Tonya Kentish (and Wife, Leroy D Kentish) | 06cv10560 | 10/17/2006 |
| 9659 | Brian Kilbride (and Wife, Rebecca Kilbride) | 06cv10376 | 10/17/2006 |
| 4153 | Daniel Kochanski (and Wife, Diane Kochanski) | 06CV10377 | 10/17/2006 |
| 11362 | Robert Kreiss (and Husband, Rita Kreiss) | 06cv10378 | 10/17/2006 |
| 11761 | Andrew Kurpat | 06cv10379 | 10/17/2006 |
| 11768 | John Kurtz (and Wife, Marie L Kurtz) | O6CV10380 | 10/17/2006 |
| 9167 | Gerard Lawson (and Wife, Pamela Lawson) | 06CV10381 | 10/17/2006 |
| 11927 | John Lemire | 06CV10382 | 10/17/2006 |
| 8566 | Suzanne Lester | 06CV10383 | 10/17/2006 |
| 11985 | Walter Lipscomb | 06CV10384 | 10/17/2006 |
| 11935 | Rocco Loccisano | 06cv10561 | 10/17/2006 |
| 11524 | Steven Lombardi | 06CV10385 | 10/17/2006 |
| 4079 | Gary Louisa | 06CV10386 | 10/17/2006 |
| 11315 | William Luongo (and Wife, Gloria Luongo) | 06CV10387 | 10/17/2006 |
| 10887 | Dennis Lynch | 06CV10388 | 10/17/2006 |
| 2728 | Ernest Mack | 06cv10562 | 10/17/2006 |
| 11277 | Edward Mackey (and Wife, Karen Mackey) | 06CV10389 | 10/17/2006 |
| 11217 | Lewis Maira (and Wife, Michelle Maira) | 06CV10390 | 10/17/2006 |
| 3619 | John Malafronte (and Wife, Raetheresa Malafronte) | 06CV10391 | 10/17/2006 |
| 11996 | Kevin Maraglio (and Wife, Bonnie Maraglio) | 06CV10392 | 10/17/2006 |
| 9650 | Guy Mastrande | 06CV10393 | 10/17/2006 |
| 11561 | Christopher Mathus (and Wife, Allison Mathus) | 06CV10394 | 10/17/2006 |
| 12190 | Yvette Matthews | 06CV10395 | 10/17/2006 |
| 11440 | John Mazzella (and Wife, Daniela Mazzella) | 06CV10396 | 10/17/2006 |
| 10971 | James McCabe (and Wife, Nancy McCabe) | 06CV10397 | 10/17/2006 |
| 11571 | Everett McCain | 06CV10398 | 10/17/2006 |
| 8489 | Richard McCusker (and Wife, Ana McCusker) | 06CV10399 | 10/17/2006 |
| 3411 | John (Sean) McGloin (and Wife, Anne McGloin) | 06cv10400 | 10/17/2006 |
| 9133 | Sean McNellis | 06cv10401 | 10/17/2006 |
| 12423 | Lisa McRae | 06cv10402 | 10/17/2006 |
| 11406 | Nicholas Melillo | 06cv10403 | 10/17/2006 |
| 7654 | Calogero Messina (and Wife, Grazia Messina) | 06cv10404 | 10/17/2006 |



# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---:|---|---|---|
| 7255 | Jerome Middleton | 06cv10405 | 10/17/2006 |
| 12942 | Richard Miller (and Wife, Greta Miller) | 06cv10406 | 10/17/2006 |
| 3988 | Nicholas D. Minutolo (and Wife, Joanne Minutolo) | 06cv10407 | 10/17/2006 |
| 12477 | Chris Monek | 06cv10408 | 10/17/2006 |
| 6981 | Anthony Montalbano (and Wife, Doreen Montalbano) | 06cv10409 | 10/17/2006 |
| 8395 | Edwin Montanez | 06cv10410 | 10/17/2006 |
| 10162 | William Moscato | 06cv10411 | 10/17/2006 |
| 12321 | Derrick Moyer (and Wife, Andrea Cicogna) | 06cv10412 | 10/17/2006 |
| 2875 | Robert Muccio (and Wife, Demmari Muccio) | 06cv10413 | 10/17/2006 |
| 10277 | Asinto Muller | 06cv10414 | 10/17/2006 |
| 1804 | Patrick Mullinax (and Wife, Denise P Mullinax) | 06cv10415 | 10/17/2006 |
| 11585 | Wilfred Munoz (and Wife, Dawn Munoz) | 06cv10416 | 10/17/2006 |
| 7733 | Eli Jr Negron | 06cv10417 | 10/17/2006 |
| 636 | John Neumann (and Wife, Nancy Neumann) | 06cv10418 | 10/17/2006 |
| 11259 | John Nicolich | 06cv10419 | 10/17/2006 |
| 1505 | Mark Nova (and Wife, Laura Nova) | 06cv10420 | 10/17/2006 |
| 7659 | James O'Reilly (and Wife, Margaret O'Reilly) | 06cv10421 | 10/17/2006 |
| 2834 | Robert O'Rourke (and Wife, Claudine ) | 06cv10422 | 10/17/2006 |
| 9731 | Kevin O'Toole (and Wife, Maria O'Toole) | 06cv10423 | 10/17/2006 |
| 9762 | Paul O'Toole (and Wife, Anna O'Toole) | 06cv10424 | 10/17/2006 |
| 2476 | Darren Oakes (and Wife, Maria A Oakes) | 06cv10425 | 10/17/2006 |
| 11410 | Victor Otero (and Wife, Jacquelin Otero) | 06cv10564 | 10/17/2006 |
| 11871 | Haydee Pabey (and Husband, Henry Chen) | 06cv10426 | 10/17/2006 |
| 7261 | Guy Palladino (and Wife, Marilynn Palladino) | 06cv10427 | 10/17/2006 |
| 7796 | Frank Pantoja | 06cv10428 | 10/17/2006 |
| 11082 | John Paolucci | 06cv10429 | 10/17/2006 |
| 11326 | Nicholas Pasquavello | 06cv10430 | 10/17/2006 |
| 7496 | Samuel Peixoto | 06cv10431 | 10/17/2006 |
| 1516 | Edward Pelzer (and Wife, Yvonne Pelzer) | 06cv10432 | 10/17/2006 |
| 7921 | Yvette Perez | 06cv10433 | 10/17/2006 |
| 10264 | Alexander Perli (and Wife, Dina Perli) | 06cv10434 | 10/17/2006 |
| 6206 | Ramchand Pershad | 06cv10435 | 10/17/2006 |
| 7619 | Joseph Pierro | 06cv10436 | 10/17/2006 |
| 10289 | Anthony Pines (and Wife, Emma Pines) | 06cv10437 | 10/17/2006 |
| 1403 | Mark Piropato (and Wife, Tammy Piropato) | 06cv10438 | 10/17/2006 |
| 12282 | Michele Placido | 06cv10439 | 10/17/2006 |
| 11867 | Scott Politano | 06cv10440 | 10/17/2006 |
| 1331 | Christopher Polito (and Wife, Rochelle Polito) | 06cv10441 | 10/17/2006 |



# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 2607 | James B Poolt | 06cv10442 | 10/17/2006 |
| 7547 | Thommaso Prestigiacomo (and Wife, Anna Prestigiacomo) | 06cv10443 | 10/17/2006 |
| 6175 | Aleksey Ptashnik | 06cv10444 | 10/17/2006 |
| 10853 | James Queally (and Wife, Donna F Queally) | 06cv10445 | 10/17/2006 |
| 3165 | Gerald J Quill (and Wife, Linda Quill) | 06cv10446 | 10/17/2006 |
| 11356 | Lawrence Rand (and Wife, Elizabeth Rand) | 06cv10447 | 10/17/2006 |
| 11015 | Adrian Reilly (and Wife, Sandra Reilly) | 06cv10448 | 10/17/2006 |
| 10142 | Michael Reiss (and Wife, Donna Reiss) | 06cv10449 | 10/17/2006 |
| 2246 | Robert Reyes (and Wife, Diana Reyes) | 06cv10450 | 10/17/2006 |
| 11592 | Daniel Rhein | 06cv10451 | 10/17/2006 |
| 2291 | Kenneth Richardson (and Wife, Lauren Richardson) | 06cv10452 | 10/17/2006 |
| 12109 | Karen Ridley | 06cv10453 | 10/17/2006 |
| 7149 | Antonio Rivera (and Wife, Lourdes Rivera) | 06cv10454 | 10/17/2006 |
| 1531 | Carlos Rivera (and Wife, Iris Nieves) | 06cv10455 | 10/17/2006 |
| 7685 | John Rivera (and Wife, Maria Rivera) | 06cv10456 | 10/17/2006 |
| 7644 | Teodoro Rivera | 06cv10457 | 10/17/2006 |
| 4091 | Andrew Rivers | 06cv10458 | 10/17/2006 |
| 3791 | Michael Rizzo | 06cv10459 | 10/17/2006 |
| 2548 | Herman Robinson | 06cv10460 | 10/17/2006 |
| 9269 | Joseph Robson | 06cv10461 | 10/17/2006 |
| 6949 | Angel Rodriguez | 06cv10462 | 10/17/2006 |
| 11771 | Angelo Rodriguez | 06cv10463 | 10/17/2006 |
| 1769 | Jose Rodriguez (and Wife, Liza R Rodriguez) | 06cv10465 | 10/17/2006 |
| 6564 | Jose Rodriguez (and Wife, Bernarda Rodriguez) | 06cv10464 | 10/17/2006 |
| 11934 | Joshua Rodriguez (and Wife, Milagros Rodriguez) | 06cv10466 | 10/17/2006 |
| 12511 | Juan Rodriguez | 06cv10467 | 10/17/2006 |
| 11412 | Colin Rogers (and Wife, Heather Rogers) | 06cv10468 | 10/17/2006 |
| 7744 | James Rohan | 06cv10469 | 10/17/2006 |
| 2523 | Christopher Romanski | 06cv10470 | 10/17/2006 |
| 11869 | John Rosa (and Wife, Cheryl Rosa) | 06cv10471 | 10/17/2006 |
| 4933 | Gregory Rotsenmar (and Wife, Lisa Rotsenmar) | 06cv10472 | 10/17/2006 |
| 12202 | William Rozakis (and Wife, Vivian Rozakis) | 06cv10473 | 10/17/2006 |
| 12163 | Eric Ruiz | 06cv10563 | 10/17/2006 |
| 12203 | Solangel Ruiz Diaz | 06cv10474 | 10/17/2006 |
| 12327 | Bruce Rusconi | 06cv10475 | 10/17/2006 |
| 6706 | Brian Saddler | 06cv10476 | 10/17/2006 |
| 2833 | Jason Sakariasen | 06cv10477 | 10/17/2006 |
| 11165 | Mabel Samuel | 06cv10478 | 10/17/2006 |



# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 2669 | Barbara A. San Roman | 06cv10479 | 10/17/2006 |
| 9039 | Daniel Sarrubbo (and Wife, Michele Sarrubbo) | 06cv10480 | 10/17/2006 |
| 6982 | Arthur Scarlett | 06cv10481 | 10/17/2006 |
| 339 | Michael B. Schuierer (and Wife, Jennifer Lee Schuierer) | 06cv10482 | 10/17/2006 |
| 6448 | Arthur Schulz (and Wife, Cheryl Schulz) | 06cv10483 | 10/17/2006 |
| 3435 | Fred Schwarz (and Wife, Lucy Schwarz) | 06cv10484 | 10/17/2006 |
| 7690 | Vincent Sciulla (and Wife, Annette L Sciulla) | 06cv10485 | 10/17/2006 |
| 11254 | Troy Sealy | 06cv10486 | 10/17/2006 |
| 9061 | Frank Settecasi (and Wife, Jeanette Settecasi) | 06cv10487 | 10/17/2006 |
| 7694 | Edward Shaffer | 06cv10488 | 10/17/2006 |
| 2617 | John Simadis (and Wife, Elizabeth Simadis) | 06cv10489 | 10/17/2006 |
| 9111 | Scott Singer | 06cv10490 | 10/17/2006 |
| 9217 | Milton Skoufis (and Wife, Margaret Skoufis) | 06cv10491 | 10/17/2006 |
| 2976 | Gary Smith (and Wife, Patricia Smith) | 06cv10492 | 10/17/2006 |
| 11850 | William Smith | 06cv10493 | 10/17/2006 |
| 7804 | Antony Soto | 06cv10494 | 10/17/2006 |
| 1561 | Mayie I Soto | 06cv10495 | 10/17/2006 |
| 6484 | Mariano Sottile (and Wife, Gloria Sottile) | 06cv10496 | 10/17/2006 |
| 7186 | Michael Sozio (and Husband, Carol Sozio) | 06cv10497 | 10/17/2006 |
| 10303 | Dominick Spagnolo (and Wife, Dorothy E Spagnolo) | 06cv10498 | 10/17/2006 |
| 2825 | William Spaulding | 06cv10499 | 10/17/2006 |
| 9633 | Patrick Steffens (and Wife, Eileen D Steffens) | 06CV10500 | 10/17/2006 |
| 11799 | Eddy Steller (and Wife, Genevieve Stelter) | 06CV10501 | 10/17/2006 |
| 2417 | Michael Stewart (and Wife, Tracy Stewart) | 06CV10502 | 10/17/2006 |
| 7150 | Robert Straube (and Wife, Lilla Straube) | 06CV10503 | 10/17/2006 |
| 9812 | James Sutter (and Wife, Michelle Sutter) | 06CV10504 | 10/17/2006 |
| 2701 | Karl E. Sutter (and Wife, Judith Sutter) | 06CV10505 | 10/17/2006 |
| 9656 | George Tabone | 06CV10506 | 10/17/2006 |
| 1431 | Virgilio Taite (and Wife, Stephanie Taite) | 06CV10507 | 10/17/2006 |
| 2183 | Augusto Tavernier (and Wife, Rachel Tavernier) | 06CV10508 | 10/17/2006 |
| 1546 | Annette Taylor | 06CV10509 | 10/17/2006 |
| 11434 | Richard Taylor (and Wife, Anglea Taylor) | 06CV10510 | 10/17/2006 |
| 2147 | Michael Telfer | 06CV10511 | 10/17/2006 |
| 2861 | George Terra (and Wife, George Terra) | 06CV10512 | 10/17/2006 |
| 12480 | Tyrone Tillman (and Wife, Jennifer Tillman) | 06CV10513 | 10/17/2006 |
| 2689 | Stanley Tirelli (and Wife, kathie Tirelli) | 06CV10514 | 10/17/2006 |
| 11692 | Timothy Trypuc (and Wife, Victoria Ingram) | 06CV10515 | 10/17/2006 |
| 7260 | Wing Tsang (and Husband, Rebecca Tsang) | 06CV10516 | 10/17/2006 |



# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 1863 | Frank Vaccaro (and Wife, Barbara Vaccaro) | 06CV10517 | 10/17/2006 |
| 11308 | Antonio Valentin (and Wife, Yolanda Negron) | 06CV10518 | 10/17/2006 |
| 3599 | Miguel Valentin | 06CV10519 | 10/17/2006 |
| 9902 | Andres Vasquez | 06CV10520 | 10/17/2006 |
| 12457 | Senice Vaughan | 06CV10521 | 10/17/2006 |
| 11107 | Edgardo Vazquez | 06CV10522 | 10/17/2006 |
| 5472 | Armando Vega | 06CV10523 | 10/17/2006 |
| 1451 | Richard Vega (and Wife, Nancy Vega) | 06CV10524 | 10/17/2006 |
| 10997 | Anthony Vespa | 06CV10525 | 10/17/2006 |
| 11417 | Edgar Villanueva (and Wife, Sonia Villanueva) | 06CV10526 | 10/17/2006 |
| 10163 | Peter E Vincent | 06CV10527 | 10/17/2006 |
| 9516 | Thomas Vinton (and Wife, Nery Vinton) | 06CV10528 | 10/17/2006 |
| 9901 | John Vitale (and Wife, Catherine Vitale) | 06CV10529 | 10/17/2006 |
| 9729 | Kevin Walsh | 06CV10530 | 10/17/2006 |
| 2250 | Joseph Willett (and Wife, Lori Willet) | 06CV10531 | 10/17/2006 |
| 6854 | Clarice Wilson | 06CV10532 | 10/17/2006 |
| 10285 | Stephen Wilson | 06CV10533 | 10/17/2006 |
| 2945 | Chevalo WilsonDeBriano (and Husband, Monique WilsonDeBriano) | 06CV10534 | 10/17/2006 |
| 6306 | Ai Fang Wu (and Wife, Li Chang Wu) | 06CV10535 | 10/17/2006 |
| 9900 | Richard Yarusso (and Wife, Daina Yarusso) | 06CV10536 | 10/17/2006 |
| 4665 | Andrew Zambroni (and Wife, Patricia Zambroni) | 06CV10537 | 10/17/2006 |
| 11318 | John Zarnowski (and Wife, Karen Zarnowski) | 06CV10538 | 10/17/2006 |
| 3502 | Joseph Zogbi (and Wife, Susan Zogbi) | 06CV10539 | 10/17/2006 |
| 2929 | Harvey Zuckerberg (and Wife, Marcia Zuckerburg) | 06cv10540 | 10/17/2006 |

328    Group:    Out    In: